**Jasper Napoleon BUCHANAN, Plaintiff–Appellant,**

v.

**William D. CATOE; Rickie Harrison; Bonnie Burelle Brown; K. White, Defendants–Appellees.**

No. 00–7329.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Jasper Napoleon Buchanan, pro se. Robert Eric Petersen, Columbia, SC, for appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Jasper Napoleon Buchanan appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and

find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Buchanan v. Catoe,* No. CA–99–3185–08BD (D.S .C. Aug. 18, 2000). We deny Buchanan's motion to proceed under the Prison Litigation Reform Act and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*